FILED BY ____**MM**____ D.C.

**Sep 27, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

# 22-20459-CR-SCOLA/GOODMAN
CASE NO. _____

18 U.S.C. § 2243(b)

UNITED STATES OF AMERICA

vs.

BENITO MONTES DE OCA CRUZ,

**Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### Sexual Abuse of a Ward
### (18 U.S.C. § 2243(b))

On or about December 28, 2020, in any facility in which persons are held in custody by direction of and pursuant to a contract or agreement with the Attorney General, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**BENITO MONTES DE OCA CRUZ,**

did knowingly engage in a sexual act with another person, that is, Victim 1, who was in official

1

detention and under the custodial, supervisory, and disciplinary authority of the defendant, in violation of Title 18, United States Code, Section 2243(b).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                        **CASE NO.:**

**v.**

Benito Montes de Oca Cruz
                                                   **CERTIFICATE OF TRIAL ATTORNEY\***
_____/
                Defendant.                         **Superseding Case Information:**

**Court Division** (select one)
   ☑ Miami    ☐ Key West   ☐ FTP    New Defendant(s) (Yes or No)
   ☐ FTL      ☐ WPB              Number of New Defendants
                                   Total number of New Counts

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.   Interpreter: (Yes or No) Yes
     List language and/or dialect:

4.   This case will take  0  days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

    (Check only one)                     (Check only one)

    I    ☑ 0 to 5 days         ☐ Petty
    II   ☐ 6 to 10 days       ☐ Minor
    III  ☐ 11 to 20 days     ☐ Misdemeanor
    IV  ☐ 21 to 60 days     ☑ Felony
    V   ☐ 61 days and over

6.   Has this case been previously filed in this District Court? (Yes or No) No
     If yes, Judge                     Case No.

7.   Has a complaint been filed in this matter? (Yes or No) No
     If yes, Magistrate Case No.

8.   Does this case relate to a previously filed matter in this District Court? (Yes or No) No
     If yes, Judge                     Case No.

9.   Defendant(s) in federal custody as of

10.  Defendant(s) in state custody as of

11.  Rule 20 from the Southern     District of Florida

12.  Is this a potential death penalty case? (Yes or No) No

13.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By:    _____
              Edward N. Stamm
              Assistant United States Attorney
              FLA Bar No.    373826

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**  Benito Montes de Oca Cruz

**Case No:**

**Count 1:**

Sexual Abuse of a Ward

Title 18, United States Code, Sections 2243(b)

* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Benito Montes de Oca Cruz | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Avelino J. Gonzalez
_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

_____
_Judge's printed name and title_